# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON EARL JONES,<br><br>        Plaintiff,<br><br>   v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,<br><br>        Defendants.<br>_____/ | CASE NO. 1:07-cv-01852-LJO-SMS PC<br><br>ORDER DISMISSING ACTION AND DIRECTING CLERK'S OFFICE TO CLOSE FILE<br><br>(Doc. 3) |

        Plaintiff Jason Earl Jones, a state prisoner proceeding pro se, filed this civil action on December 13, 2007. Plaintiff neither paid the $350.00 filing fee nor filed an application to proceed in forma pauperis. On January 4, 2008, the Court ordered Jones to either pay the filing fee in full or file an application to proceed in forma pauperis. Plaintiff filed a response to the order on January 25, 2008, and on February 14, 2008, the Clerk's Office re-served the Court's order of January 4, 2008. On February 25, 2008, Jones filed another response to the order.

        In his first response, Jones, who identifies himself as a sovereign, states, "I . . . am in possession of the draft, and have accepted and returned your draft. I am a sovereign man and offer to Exchange for value and consideration the substance of my exemption from Levy (International Bill of Exchange) and in exchange of the Bond be discharged to me. My agreement evidenced by my signature written across the draft, as well as this notice of acceptance (Uniform Commercial Code § 3-410.)" (Doc. 5, pg. 1.) Jones's second response is equally non-responsive and non-compliant with the Court's order.

1

Jones may not proceed with this action unless and until he either pays the filing fee in full or files an application seeking leave to proceed in forma pauperis.  Jones was twice provided the opportunity to do one or the other, but has chosen not to comply.

Accordingly, this action is HEREBY DISMISSED, without prejudice, for failure to pay the filing fee or file a motion for leave to proceed in forma pauperis.  The Clerk of the Court shall close this file.

IT IS SO ORDERED.

**Dated:   March 28, 2008**                             /s/ Lawrence J. O'Neill
                                                    UNITED STATES DISTRICT JUDGE